UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STACIA LEIGH DANIELS, | ) Case Number: 2:20-CV-01209-RSM |
| Plaintiff, | ) |
| vs. | ) |
| ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

**ORDER GRANTING MOTION TO FILE EXCESS PAGES**

AND NOW, this 22nd day of February, 2021 upon consideration of Plaintiff's Motion to Exceed the Page Limit,

IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED. Plaintiff may file an oversized brief limited to 21 pages.

Entered: February 22, 2021

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE